B25A (Official Form 25A) (12/08)

# United States Bankruptcy Court
## Northern District of Indiana

In re __Kwitchurbeliakin, LLC__         Case No. _____

                     Debtor

Small Business Case under Chapter 11

## Kwitchurbeliakin'S PLAN OF REORGANIZATION, DATED November 15, 2009

### ARTICLE I SUMMARY

This Plan of Reorganization (the "Plan") under chapter 11 of the Bankruptcy Code (the "Code") proposes to pay creditors of Kwitchurbeliakin, LLC (the "Debtor") from cash flow from operations, or future income. This Plan provides for 2 classes of secured claims; 2 classes of unsecured claims; and 0 classes of equity security holders. Unsecured creditors holding allowed claims will receive distributions, which the proponent of this Plan has valued at approximately 100 cents on the dollar. This Plan also provides for the payment of administrative and priority claims to be made current within 5 years from the acceptance date of this plan.

All creditors and equity security holders should refer to Articles III through VI of this Plan for information regarding the precise treatment of their claim. A disclosure statement that provides more detailed information regarding this Plan and the rights of creditors and equity security holders has been circulated with this Plan. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)**

### ARTICLE II
### CLASSIFICATION OF CLAIMS AND INTERESTS

   2.01   Class 1.    All allowed claims entitled to priority under § 507 of the Code (except administrative expense claims under § 507(a)(2), and priority tax claims under § 507(a)(8)).

   2.02   Class 2.    The claim of La Porte Savings Bank, to the extent allowed as a secured claim under § 506 of the Code.

   2.03   Class 3.    The claim of Regional Development Corporation, to the extend allowed as a secured claim under § 506 of the code.

   2.04   Class 4.    The claim of Luise Lesser, to the extend allowed as an unsecured claims allowed under § 502 of the Code.

2.05    Class 5.    The claim of Todd Apfel, to the extend allowed as an unsecured claims allowed under § 502 of the Code.

## ARTICLE III TREATMENT OF ADMINISTRATIVE EXPENSE CLAIMS, U.S. TRUSTEES FEES, AND PRIORITY TAX CLAIMS

3.01    Unclassified Claims. Under section §1123(a)(1), administrative expense claims, and priority tax claims are not in classes.

3.02    Administrative Expense Claims. Each holder of an administrative expense claim allowed under § 503 of the Code will be paid in full on the effective date of this Plan (as defined in Article VII), in cash, or upon such other terms as may be agreed upon by the holder of the claim and the Debtor.

3.03    Priority Tax Claims. Each holder of a priority tax claim will be paid.

3.04    United States Trustee Fees. All fees required to be paid by 28 U.S.C. §1930(a)(6) (U.S. Trustee Fees) will accrue and be timely paid until the case is closed, dismissed, or converted to another chapter of the Code. Any U.S. Trustee Fees owed on or before the effective date of this Plan will be paid on the effective date.

## ARTICLE IV TREATMENT OF CLAIMS AND INTERESTS UNDER THE PLAN

4.01    Claims and interests shall be treated as follows under this Plan:

| Class | Impairment | Treatment |
|---|---|---|
| Class 1 - Priority Claims | unimpaired | Class 1 is unimpaired by this Plan, and each holder of a Class 1 Priority Claim will be paid in full, in cash, upon the later of the effective date of this Plan as defined in Article VII, or the date on which such claim is allowed by a final non-appealable order. |
| Class 2 – Secured Claim of La Porte Savings Bank | unimpaired | Class 2 is unimpaired by this Plan, the Secured Claim will be made current within 5 years of acceptance of this plan. |
| Class 3 - Secured Claim of Regional Development Corporation | unimpaired | Class 3 is unimpaired by this Plan, the Secured Claim will be made current within 5 years of acceptance of this plan. |

| Class 4 - Unsecured Claim of Luise Lesser | unimpaired | Class 4 is unimpaired by this Plan, the Unsecured Claim will be made current within 5 years of acceptance of this plan. |
| Class 5 - Unsecured Claim of Todd Apfel | unimpaired | Class 5 is unimpaired by this Plan, the Unsecured Claim will be made current within 5 years of acceptance of this plan. |

## ARTICLE V ALLOWANCE AND DISALLOWANCE OF CLAIMS

5.01   Disputed Claim. A disputed claim is a claim that has not been allowed or disallowed, and as to which either: (i) a proof of claim has been filed or deemed filed, and the Debtor or another party in interest has filed an objection; or (ii) no proof of claim has been filed, and the Debtor has scheduled such claim as disputed, contingent, or unliquidated.

5.02   Delay of Distribution on a Disputed Claim. No distribution will be made on account of a disputed claim unless such claim is allowed by a final non-appealable order.

5.03   Settlement of Disputed Claims. The Debtor will have the power and authority to settle and compromise a disputed claim with court approval and compliance with Rule 9019 of the Federal Rules of Bankruptcy Procedure.

## ARTICLE VI PROVISIONS FOR EXECUTORY CONTRACTS AND UNEXPIRED LEASES

6.01   Assumed Executory Contracts and Unexpired Leases.

   (a)   The Debtor assumes the following executory contracts and/or unexpired leases effective upon the effective date of this Plan as provided in Article VII,:

   No executory contracts and/or unexpired leases.

   (b)   The Debtor will be conclusively deemed to have rejected all executory contracts and/or unexpired leases not expressly assumed under section 6.01(a) above, or before the date of the order confirming this Plan, upon the effective date of this Plan. A proof of a claim arising from the rejection of an executory contract or unexpired lease under this section must be filed no later than thirty (30) days after the date of the order confirming this Plan.

## ARTICLE VII
## MEANS FOR IMPLEMENTATION OF THE PLAN

The debtor has already implemented many cost reducing measures and has eliminated all non essential expenses. The economic trend of declining league revenue is being combated by

an aggressive open play and tournament schedule. Revenues are down 21% in the past 4 years. In attachment #1 you will see the how the economy has affected our revenues from 2006 - 2008. In attachment #2 we have included a column for 2008 Year to Date to compare to our Year to Date 2009 (as of 11/1/2009), this attachment will help show just how severe our business has been hit by the current economic downturn. We are seeking help from the court to require our two secured creditors (La Porte Savings Bank and Regional Development Corporation) to re-structure/modify our current loans to help us through this economic downturn. If re-structuring/modification of the loans is not feasible we are asking for the court to instruct our two secured creditors (La Porte Savings Bank and Regional Development Corporation) to accept a 40% reduction in monthly loan payments for the next two (2) years. In attachment #3 we have taken the current Year to Date figures and modified it to show what a 40% reduction would mean to our bottom line (taking us from a 4% loss to a 7% profit). We've also included in attachment #3 a projected income without a 40% reductions (8% loss on the year) and with a 40% reduction (5% profit on the year). At the end of two (2) years we will start to make payments 30% over the normal monthly loan payment for the next three (3) years or until the loans become current. Both of our Unsecured creditors (Luise Lesser and Todd Apfel) are not seeking payment of their loans to the company and will not be affected.

## ARTICLE VIII
## GENERAL PROVISIONS

8.01    **Definitions and Rules of Construction.** The definitions and rules of construction set forth in §§ 101 and 102 of the Code shall apply when terms defined or construed in the Code are used in this Plan.

8.02    **Effective Date of Plan.** The effective date of this Plan is the eleventh business day following the date of the entry of the order of confirmation. But if a stay of the confirmation order is in effect on that date, the effective date will be the first business day after that date on which no stay of the confirmation order is in effect, provided that the confirmation order has not been vacated.

8.03    **Severability.** If any provision in this Plan is determined to be unenforceable, the determination will in no way limit or affect the enforceability and operative effect of any other provision of this Plan.

8.04    **Binding Effect.** The rights and obligations of any entity named or referred to in this Plan will be binding upon, and will inure to the benefit of the successors or assigns of such entity.

8.05    **Captions.** The headings contained in this Plan are for convenience of reference only and do not affect the meaning or interpretation of this Plan.

[8.06   Controlling Effect.   Unless a rule of law or procedure is supplied by federal law (including the Code or the Federal Rules of Bankruptcy Procedure), the laws of the State of Indiana govern this Plan and any agreements, documents, and instruments executed in connection with this Plan, except as otherwise provided in this Plan.

[8.07   Corporate Governance.   [If the Debtor is a corporation include provisions required by § 1123(a)(6) of the Code.]]

## ARTICLE IX
## DISCHARGE

9.01.   Discharge.   On the confirmation date of this Plan, the debtor will be discharged from any debt that arose before confirmation of this Plan, subject to the occurrence of the effective date, to the extent specified in § 1141(d)(1)(A) of the Code, except that the Debtor will not be discharged of any debt: (i) imposed by this Plan; (ii) of a kind specified in § 1141(d)(6)(A) if a timely complaint was filed in accordance with Rule 4007(c) of the Federal Rules of Bankruptcy Procedure; or (iii) of a kind specified in § 1141(d)(6)(B).

Respectfully submitted,

By: _____
The Plan Proponent
Todd Apfel
Vice President
Kwitchurbeliakin, LLC

Thunderbird Lanes

| Account Number | Income | 2006 Income | 2007 Income | 2008 Income |
|---|---|---|---|---|
| 4000 | Open Bowling | $107,350.00 | $99,883.00 | $111,294.00 |
| 4020 | Arcade | $9,636.75 | $13,072.00 | $9,929.00 |
| 4030 | League Bowling | $290,735.40 | $265,313.55 | $237,694.80 |
| 4040 | Rental Income | $23,744.00 | $19,650.00 | $23,708.00 |
| 4050 | Food Sales | $101,368.40 | $89,596.08 | $72,469.29 |
| 4060 | Beverage Sales | $96,339.00 | $116,940.00 | $112,587.87 |
| 4065 | Liquor Sales | $54,896.00 | $63,730.00 | $51,205.00 |
| 4070 | Merchandise Sales | $9,598.68 | $21,786.07 | $24,375.12 |
| | Total | $693,668.23 | $689,970.70 | $643,263.08 |

| Account Number | Expenses | 2006 Expenses | 2007 Expenses | 2008 Expenses |
|---|---|---|---|---|
| 2150 | Sales Tax Payable | $4,634.09 | $4,123.97 | $4,041.03 |
| 4300 | Purchases Food | $86,442.24 | $76,505.20 | $76,603.56 |
| 4310 | Purchases Beer | $37,002.95 | $38,318.52 | $37,986.83 |
| 4320 | Purchases Liquor | $20,208.52 | $20,441.08 | $18,320.41 |
| 4330 | Purchases Merchandise | $2,559.46 | $13,559.46 | $19,833.74 |
| 4350 | Bar Supplies | $14,656.85 | $6,100.80 | $5,234.99 |
| 4360 | Bowling Supplies | $34,429.27 | $22,782.46 | $32,666.02 |
| 4380 | Purchases Soda | $6,827.50 | $11,863.77 | $14,771.97 |
| | Total Cost of Goods Sold | $206,760.88 | $193,695.26 | $209,458.55 |
| | Gross Profit | $486,907.35 | $496,275.44 | $433,804.53 |
| 5000 | Advertising & Marketing | $9,030.94 | $3,194.45 | $3,288.97 |
| 5010 | Customer Promotion | $16,684.31 | $10,801.27 | $9,676.94 |
| 5020 | Charitable Contributions | $1,135.00 | $1,205.00 | $2,065.00 |
| 5060 | Bad Check Expense | $460.00 | $2,468.30 | $250.00 |
| 5150 | Credit Card Charges | $5,804.24 | $2,690.46 | $2,609.57 |
| 5210 | Payroll | $174,361.89 | $150,684.92 | $126,586.91 |
| 5230 | Payroll Taxes | $26,030.56 | $52,357.00 | $42,831.20 |
| 5240 | Payroll Deductions | $ - | $ - | $2,020.43 |
| 5300 | Office Supplies | $1,365.61 | $3,202.24 | $415.77 |
| 5310 | Postage Expense | $364.00 | $302.00 | $110.00 |
| 5340 | Bank Service Charge | $3,750.00 | $3,145.00 | $2,560.40 |
| 5360 | Dues & Subscriptions | $1,291.95 | $3,157.40 | $1,738.58 |
| 5390 | Telephone Expense | $3,258.29 | $2,869.86 | $3,310.08 |
| 5410 | Utilities | $55,871.11 | $54,765.21 | $49,980.72 |
| 5420 | Janitorial | $2,987.74 | $495.08 | $2,812.07 |
| 5430 | Parking Lot Maintenance | $1,288.50 | $1,349.00 | $2,981.38 |
| 5440 | Repairs & Maint. Building | $12,241.32 | $9,918.23 | $7,695.31 |
| 5460 | Repairs & Maint. Equipment | $9,989.07 | $6,960.03 | $8,592.78 |
| 5470 | Building Supplies | $716.00 | $695.90 | $350.00 |
| 5480 | Real Estate Taxes | $8,257.69 | $8,544.48 | $8,498.32 |
| 5490 | Property Taxes | $3,254.81 | $3,450.70 | $3,455.00 |
| 5500 | Small Tools Expense | $ - | $55.31 | $1,500.00 |
| 5510 | Trash Hauling | $4,227.76 | $2,425.00 | $2,433.49 |
| 5520 | Rent Expense | $118,009.48 | $118,009.48 | $118,009.48 |
| 5530 | Outside Services | $2,074.15 | $4,010.00 | $3,605.68 |
| 5560 | Insurance General | $25,463.67 | $24,693.50 | $21,142.20 |
| 5580 | License & Permits | $5,780.61 | $4,786.00 | $4,325.00 |
| 5600 | Vehicle and Travel | $257.94 | $1,124.30 | $880.01 |
| 6560 | Payroll Charges | $1,251.40 | $2,003.95 | $1,858.12 |
| | Total Expenses | $495,208.04 | $479,364.07 | $435,583.41 |
| | Net Income | $(8,300.69) | $16,911.37 | $(1,778.88) |
| | | -2% | 3% | 0% |

Kwitchurbeliakin - Attachment #2

| Account Number | Income | 2006 Income | 2007 Income | 2008 Income | 2008 YTD Income | 2009 YTD Income |
|---|---|---|---|---|---|---|
| 4000 | Open Bowling | $107,350.00 | $99,883.00 | $111,294.00 | $94,639.00 | $109,945.00 |
| 4020 | Arcade | $9,636.75 | $13,072.00 | $9,929.00 | $7,594.00 | $6,899.00 |
| 4030 | League Bowling | $290,735.40 | $265,313.55 | $237,694.80 | $195,654.79 | $117,238.08 |
| 4040 | Rental Income | $23,744.00 | $19,650.00 | $23,708.00 | $20,252.00 | $13,063.00 |
| 4050 | Food Sales | $101,368.40 | $89,596.08 | $72,469.29 | $55,615.29 | $70,169.75 |
| 4060 | Beverage Sales | $96,339.00 | $116,940.00 | $112,587.87 | $97,454.00 | $80,383.00 |
| 4065 | Liquor Sales | $54,896.00 | $63,730.00 | $51,205.00 | $45,427.00 | $36,319.00 |
| 4070 | Merchandise Sales | $9,598.68 | $21,786.07 | $24,375.12 | $19,468.98 | $16,269.00 |
| | Total | $693,668.23 | $689,970.70 | $643,263.08 | $536,105.06 | $450,285.83 |

| | Expenses | 2006 Expenses | 2007 Expenses | 2008 Expenses | 2008 YTD Expenses | 2009 YTD Expenses |
|---|---|---|---|---|---|---|
| 2150 | Sales Tax Payable | $4,634.09 | $4,123.97 | $4,041.03 | $3,238.55 | $3,057.92 |
| 4300 | Purchases Food | $86,442.24 | $76,505.20 | $76,603.56 | $67,659.04 | $56,515.70 |
| 4310 | Purchases Beer | $37,002.95 | $38,318.52 | $37,986.83 | $32,116.28 | $30,089.73 |
| 4320 | Purchases Liquor | $20,208.52 | $20,441.08 | $18,320.41 | $14,811.25 | $14,553.30 |
| 4330 | Purchases Merchandise | $2,559.46 | $13,559.46 | $19,833.74 | $13,402.90 | $13,402.90 |
| 4350 | Bar Supplies | $14,656.85 | $6,100.80 | $5,234.99 | $3,534.99 | $3,851.40 |
| 4360 | Bowling Supplies | $34,429.27 | $22,782.46 | $32,666.02 | $26,914.29 | $14,748.76 |
| 4380 | Purchases Soda | $6,827.50 | $11,863.77 | $14,771.97 | $11,436.42 | $9,407.36 |
| | Total Cost of Goods Sold | $206,760.88 | $193,695.26 | $209,458.55 | $173,113.72 | $145,627.07 |
| | Gross Profit | $486,907.35 | $496,275.44 | $433,804.53 | $362,991.34 | $304,658.76 |
| 5000 | Advertising & Marketing | $9,030.94 | $3,194.45 | $3,288.97 | $3,042.54 | $812.50 |
| 5010 | Customer Promotion | $16,684.31 | $10,801.27 | $9,676.94 | $8,800.19 | $2,757.20 |
| 5020 | Charitable Contributions | $1,135.00 | $1,205.00 | $2,065.00 | $1,635.00 | $97.79 |
| 5060 | Bad Check Expense | $460.00 | $2,468.30 | $250.00 | $250.00 | $152.00 |
| 5150 | Credit Card Charges | $5,804.24 | $2,690.46 | $2,609.57 | $2,309.32 | $2,178.03 |
| 5210 | Payroll | $174,361.89 | $150,684.92 | $126,586.91 | $105,728.00 | $100,320.09 |
| 5230 | Payroll Taxes | $26,030.56 | $52,357.00 | $42,831.20 | $35,670.62 | $32,982.46 |
| 5240 | Payroll Deductions | $- | $- | $2,020.43 | $1,220.43 | $1,915.05 |
| 5300 | Office Supplies | $1,365.61 | $3,202.24 | $415.77 | $415.77 | $1,296.89 |
| 5310 | Postage Expense | $364.00 | $302.00 | $110.00 | $90.00 | $126.00 |
| 5340 | Bank Service Charge | $3,750.00 | $3,145.00 | $2,560.40 | $2,332.92 | $190.08 |
| 5360 | Dues & Subscriptions | $1,291.95 | $3,157.40 | $1,738.58 | $738.58 | $1,612.00 |
| 5390 | Telephone Expense | $3,258.29 | $2,869.86 | $3,310.08 | $2,825.08 | $2,676.88 |
| 5410 | Utilities | $55,871.11 | $54,765.21 | $49,980.72 | $42,952.72 | $40,016.48 |
| 5420 | Janitorial | $2,987.74 | $495.08 | $2,812.07 | $2,379.84 | $2,081.81 |
| 5430 | Parking Lot Maintenance | $1,288.50 | $1,349.00 | $2,981.38 | $2,431.38 | $2,424.00 |
| 5440 | Repairs & Maint. Building | $12,241.32 | $9,918.23 | $7,695.31 | $7,504.96 | $4,756.06 |
| 5460 | Repairs & Maint. Equipment | $9,989.07 | $6,960.03 | $8,592.78 | $7,917.78 | $7,708.86 |
| 5470 | Building Supplies | $716.00 | $695.90 | $350.00 | $350.00 | $- |
| 5480 | Real Estate Taxes | $8,257.69 | $8,544.48 | $8,498.32 | $8,498.32 | $8,498.32 |
| 5490 | Property Taxes | $3,254.81 | $3,450.70 | $3,455.00 | $3,455.00 | $3,455.00 |
| 5500 | Small Tools Expense | $- | $55.31 | $1,500.00 | $1,500.00 | $- |
| 5510 | Trash Hauling | $4,227.76 | $2,425.00 | $2,433.49 | $1,933.49 | $1,670.00 |
| 5520 | Rent Expense | $118,009.48 | $118,009.48 | $118,009.48 | $79,337.98 | $79,337.98 |
| 5530 | Outside Services | $2,074.15 | $4,010.00 | $3,605.68 | $3,261.00 | $3,556.78 |
| 5560 | Insurance General | $25,463.67 | $24,693.50 | $21,142.20 | $18,865.00 | $8,279.45 |
| 5580 | License & Permits | $5,780.61 | $4,786.00 | $4,325.00 | $4,225.00 | $3,035.91 |
| 5600 | Vehicle and Travel | $257.94 | $1,124.30 | $880.01 | $560.01 | $2,631.93 |
| 6560 | Payroll Charges | $1,251.40 | $2,003.95 | $1,858.12 | $1,588.21 | $1,033.35 |
| | Total Expenses | $495,208.04 | $479,364.07 | $435,583.41 | $351,819.14 | $315,602.90 |
| | Net Income | $(8,300.69) | $16,911.37 | $(1,778.88) | $11,172.20 | $(10,944.14) |
| | | -2% | 3% | 0% | 3% | -4% |

Kwitchurbeliakin - Attachment #3

Thunderbird Lanes

| Account Number | Income | 2008 Income | 2008 YTD Income | 2009 YTD Income | Modified 2009 YTD Income | Projected 2009 YTD Income | Modified Projected 2009 YTD Income |
|---|---|---|---|---|---|---|---|
| 4000 | Open Bowling | $111,294.00 | $94,639.00 | $109,945.00 | $109,945.00 | $131,750.00 | $131,750.00 |
| 4020 | Arcade | $9,929.00 | $7,594.00 | $6,899.00 | $6,899.00 | $8,100.00 | $8,100.00 |
| 4030 | League Bowling | $237,694.80 | $195,654.79 | $117,238.08 | $117,238.08 | $149,000.00 | $149,000.00 |
| 4040 | Rental Income | $23,708.00 | $20,252.00 | $13,063.00 | $13,063.00 | $15,250.00 | $15,250.00 |
| 4050 | Food Sales | $72,469.29 | $55,615.29 | $70,169.75 | $70,169.75 | $85,500.00 | $85,500.00 |
| 4060 | Beverage Sales | $112,587.87 | $97,454.00 | $80,383.00 | $80,383.00 | $98,000.00 | $98,000.00 |
| 4065 | Liquor Sales | $51,205.00 | $45,427.00 | $36,319.00 | $36,319.00 | $46,000.00 | $46,000.00 |
| 4070 | Merchandise Sales | $24,375.12 | $19,468.98 | $16,269.00 | $16,269.00 | $18,500.00 | $18,500.00 |
| | Total | $643,263.08 | $536,105.06 | $450,285.83 | $450,285.83 | $552,100.00 | $552,100.00 |

| | Expenses | 2008 Expenses | 2008 YTD Expenses | 2009 YTD Expenses | Modified 2009 YTD Expenses | Projected 2009 YTD Expenses | Modified Projected 2009 YTD Expenses |
|---|---|---|---|---|---|---|---|
| 2150 | Sales Tax Payable | $4,041.03 | $3,238.55 | $3,057.92 | $3,057.92 | $4,000.00 | $4,000.00 |
| 4300 | Purchases Food | $76,603.56 | $67,659.04 | $56,515.70 | $56,515.70 | $67,000.00 | $67,000.00 |
| 4310 | Purchases Beer | $37,986.83 | $32,116.28 | $30,089.73 | $30,089.73 | $38,200.00 | $38,200.00 |
| 4320 | Purchases Liquor | $18,320.41 | $14,811.25 | $14,553.30 | $14,553.30 | $19,100.00 | $19,100.00 |
| 4330 | Purchases Merchandise | $19,833.74 | $13,402.90 | $13,402.90 | $13,402.90 | $16,000.00 | $16,000.00 |
| 4350 | Bar Supplies | $5,234.99 | $3,534.99 | $3,851.40 | $3,851.40 | $4,600.00 | $4,600.00 |
| 4360 | Bowling Supplies | $32,666.02 | $26,914.29 | $14,748.76 | $14,748.76 | $16,000.00 | $16,000.00 |
| 4380 | Purchases Soda | $14,771.97 | $11,436.42 | $9,407.36 | $9,407.36 | $11,000.00 | $11,000.00 |
| | Total Cost of Goods Sold | $209,458.55 | $173,113.72 | $145,627.07 | $145,627.07 | $175,900.00 | $175,900.00 |
| | Gross Profit | $433,804.53 | $362,991.34 | $304,658.76 | $304,658.76 | $376,200.00 | $376,200.00 |
| 5000 | Advertising & Marketing | $3,288.97 | $3,042.54 | $812.50 | $812.50 | $1,400.00 | $1,400.00 |
| 5010 | Customer Promotion | $9,676.94 | $8,800.19 | $2,757.20 | $2,757.20 | $3,200.00 | $3,200.00 |
| 5020 | Charitable Contributions | $2,065.00 | $1,635.00 | $97.79 | $97.79 | $140.00 | $140.00 |
| 5060 | Bad Check Expense | $250.00 | $250.00 | $152.00 | $152.00 | $152.00 | $152.00 |
| 5150 | Credit Card Charges | $2,609.57 | $2,309.32 | $2,178.03 | $2,178.03 | $2,750.00 | $2,750.00 |
| 5210 | Payroll | $126,586.91 | $105,728.00 | $100,320.09 | $100,320.09 | $125,000.00 | $125,000.00 |
| 5230 | Payroll Taxes | $42,831.20 | $35,670.62 | $32,982.46 | $32,982.46 | $39,000.00 | $39,000.00 |
| 5240 | Payroll Deductions | $2,020.43 | $1,220.43 | $1,915.05 | $1,915.05 | $2,800.00 | $2,800.00 |
| 5300 | Office Supplies | $415.77 | $415.77 | $1,296.89 | $1,296.89 | $1,500.00 | $1,500.00 |
| 5310 | Postage Expense | $110.00 | $90.00 | $126.00 | $126.00 | $150.00 | $150.00 |
| 5340 | Bank Service Charge | $2,560.40 | $2,332.92 | $190.08 | $190.08 | $190.08 | $190.08 |
| 5360 | Dues & Subscriptions | $1,738.58 | $738.58 | $1,612.00 | $1,612.00 | $1,650.00 | $1,650.00 |
| 5390 | Telephone Expense | $3,310.08 | $2,825.08 | $2,676.88 | $2,676.88 | $3,600.00 | $3,600.00 |
| 5410 | Utilities | $49,980.72 | $42,952.72 | $40,016.48 | $40,016.48 | $47,000.00 | $47,000.00 |
| 5420 | Janitorial | $2,812.07 | $2,379.84 | $2,081.81 | $2,081.81 | $3,000.00 | $3,000.00 |
| 5430 | Parking Lot Maintenance | $2,981.38 | $2,431.38 | $2,424.00 | $2,424.00 | $2,500.00 | $2,500.00 |
| 5440 | Repairs & Maint. Building | $7,695.31 | $7,504.96 | $4,756.06 | $4,756.06 | $5,500.00 | $5,500.00 |
| 5460 | Repairs & Maint. Equipment | $8,592.78 | $7,917.78 | $7,708.86 | $7,708.86 | $9,500.00 | $9,500.00 |
| 5470 | Building Supplies | $350.00 | $350.00 | $- | $- | $500.00 | $500.00 |
| 5480 | Real Estate Taxes | $8,498.32 | $8,498.32 | $8,498.32 | $8,498.32 | $8,498.32 | $8,498.32 |
| 5490 | Property Taxes | $3,455.00 | $3,455.00 | $3,455.00 | $3,455.00 | $3,455.00 | $3,455.00 |
| 5500 | Small Tools Expense | $1,500.00 | $1,500.00 | $- | $- | $600.00 | $600.00 |
| 5510 | Trash Hauling | $2,433.49 | $1,933.49 | $1,670.00 | $1,670.00 | $2,200.00 | $2,200.00 |
| 5520 | Rent Expense | $118,009.48 | $79,337.98 | $79,337.98 | $47,602.79 | $118,009.48 | $70,805.69 |
| 5530 | Outside Services | $3,605.68 | $3,261.00 | $3,556.78 | $3,556.78 | $4,300.00 | $4,300.00 |
| 5560 | Insurance General | $21,142.20 | $18,865.00 | $8,279.45 | $8,279.45 | $12,000.00 | $12,000.00 |
| 5580 | License & Permits | $4,325.00 | $4,225.00 | $3,035.91 | $3,035.91 | $3,500.00 | $3,500.00 |
| 5600 | Vehicle and Travel | $880.01 | $560.01 | $2,631.93 | $2,631.93 | $3,000.00 | $3,000.00 |
| 6560 | Payroll Charges | $1,858.12 | $1,588.21 | $1,033.35 | $1,033.35 | $1,300.00 | $1,300.00 |
| | Total Expenses | $435,583.41 | $351,819.14 | $315,602.90 | $283,867.71 | $406,394.88 | $359,191.09 |
| | Net Income | $(1,778.88) | $11,172.20 | $(10,944.14) | $20,791.05 | $(30,194.88) | $17,008.91 |
| | | 0% | 3% | -4% | 7% | -8% | 5% |