| Attorney Name, Address, Telephone and FAX | FILED<br>2010 JAN 28 AM 11: 55<br>CHRISTOPHER M. DeTORO<br>CLERK OF COURT<br>U.S. BANKRUPTCY COURT<br>N. DISTRICT OF INDIANA | File with U.S. TRUSTEE Only |
|---|---|---|
| | **UNITED STATES BANKRUPTCY COURT**<br>**NORTHERN DISTRICT of INDIANA** | |
| In re:<br>Kwitchurbeliakin, LLC<br>aka Thunderbird Lanes<br>355 Canterbury Drive<br>LaPorte, IN 46350<br>                    Debtor(s) | | Chapter 11 Case Number<br>10-30091-hcd |
| **NOTICE INSIDER COMPENSATION** | | |

| | |
|---|---|
| 1. Name of Insider: | Todd Apfel |
| 2. Relationship to Debtor (i.e. owner, partner, officer, director, shareholder). | Officer |
| 3. Date when relationship with Debtor commenced: | 5/24/2004 |
| 4. Position title: | Vice President |
| 5. Position Description: | Oversee operations of the Corporation |
| 6. Assigned Duties: | Day to day management duties of the Corporatio |
| 7. Date employed in current position: | 5/24/2004 |
| 8. If previously employed by Debtor within past two years in a different position, state position(s) and date(s). | None |
| 9. Number of hours worked per week: | 80 |
| 10. Total amount of compensation and payment interval: | None |
| 11. Breakdown of compensation (specify amount and payment interval. | None |
| Salary: | None |
| Perquisites (total, detail below): | None |
| Car Allowance: | None |

| | |
|---|---|
| Medical Insurance: | None |
| Life Insurance: | None |
| Business Expenses: | None |
| Other (Specify): | None |
| 12. Identify the source of the funds to be used to pay compensations specified in No. 10: | None |
| 13. Date and amount of last increase in compensation: | None |
| 14. Identify any creditor who asserts a security interest (whether or not Debtor disputes the validity thereof) in the receipts generated by the operation of the Debtor=s business and the amount of its claim: | LaPorte Savings Bank, P.O. Box 548, LaPorte, IN 46350<br>Amount = $739,000<br><br>Regional Development Corp, 5997, Carlson Avenue, Portage, IN 46368<br>Amount = $387,000 |
| 15. Specify all compensation, perquisites, loans, benefits etc. received by insider from the Debtor during the twelve month period immediately preceding the filing of the Chapter 11 Petition (Attach W-2, 1099, Individual Payroll Cards and other related forms): | None |
| Compensation: | None |
| Loans: | None |
| Perquisites (Specify): | None |
| | |

I declare under penalty of perjury that the answers contained in the foregoing Notice are true and correct.

Dated: 1/27/2010
Todd Apfel

Print Name and Title of Authorized Agent for Debtor          Signature of Authorized Agent for Debtor

> Attach proof of service on Creditors= Committee or the Twenty Largest Creditors if no committee has been formed, and to any secured creditors that claim an interest in cash collateral.
> If this notice pertains to setting compensation, it must be filed and served fifteen days before any pay out of compensation, although compensation may be accrued during this period.
> If this notice pertains to an increase in compensation, it must be filed and served thirty days before the date when the proposed increase takes effect.