**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT of INDIANA**

FILED
2010 JAN 28  AM 11:55

CHRISTOPHER M. DeTORO
CLERK OF COURT
U.S. BANKRUPTCY COURT
N. DISTRICT OF INDIANA

IN RE:

        '
        '    BK NO. 10-30091-hcd
        '
        '

Debtors.
Kwitchurbeliakin, LLC
aka Thunderbird Lanes
355 Canterbury Drive
Plaintiff,

v.

        '    AP NO.

Defendant.

**CORPORATE OWNERSHIP STATEMENT [RULES 1007(a)(1) & 7007.1]**

Pursuant to Federal Rules of Bankruptcy Procedures 1007(a)(1) and 7007.1 and to enable the Judge to evaluate possible disqualification or recusal, the undersigned counsel for Kwitchurbeliakin LLC_____ in the above-captioned action certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation=s (s=) equity interests, **OR** states that there are no entities to report under FRBP 1007(a)(1) or 7007.1:

__X__   None *[Check if applicable]*

___1 / 27 / 2010___                         _____/s/_____
Date                                         Counsel for __Kwitchurbeliakin LLC___