K̶W̶I̶T̶C̶H̶U̶B̶R̶E̶L̶I̶A̶K̶I̶N̶,̶ ̶L̶L̶C̶

355 Canterbury Drive
La Porte, IN 46350

T (219) 362-3555
F (888) 297-8438
tapfel@bowlindiana.com

www.bowlindiana.com



RECEIVED
JAN 28 2010
CHRISTOPHER M. DeTORO, Clerk
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

January 27, 2010
Christopher DeToro
Clerk of Court
United States Bankruptcy Court
401 South Michigan Street
South Bend, IN 46601

Mr. DeToro;

Yesterday we received the Notice to Creditors for our Chapter 11 Bankruptcy case (case # 10-300091-hcd) and gave the case number to our Corporation Attorney. Our Attorney notified me this morning that until yesterday he was unaware that Corporations needed to have an Attorney for their Chapter 11 cases. He also informed us that we needed to file a Corporate Ownership Statement and a Statement of Insider Compensation and that these needed to reach you by January 28, 2010. Both our Attorney and myself were unable to find these forms on the Northern Indiana Court website so we modified forms from another Bankruptcy Court District.

Please accept these forms and I am also notifying you we are diligently searching for an Attorney to represent us in this case and hope to have one retained by early next week.

Sincerely yours,

Todd Apfel